United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOSE CARMEN PALACIOS-LOPEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-05900** |
| | § | |
| **TODD BLANCHE, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Respondents have filed an Advisory informing the Court that Petitioner Jose Carmen Palacios-Lopez has voluntarily departed the United States. *See* ECF No. 5. Because Petitioner is no longer in custody, his habeas corpus proceeding is rendered moot. The Court therefore **DISMISSES** the petition **WITHOUT PREJUDICE**. The clerk is directed to administratively close the case.

**IT IS SO ORDERED.**

Signed at Houston, Texas on July 30, 2026.

Keith P. Ellison
United States District Judge